UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR641 HEA |
| ) | |
| RELDA STEWART, ) | |
| ) | |
| Defendant. ) | |

# OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Order and Recommendation, of Magistrate Judge David D. Noce, that Defendant's Motions to Suppress Evidence, [Doc. No's. 13 (oral motion), 52 and 68 ], be sustained in part and denied in part. Neither party has filed any objections to the Order and Recommendation within the prescribed time period.

Judge Noce thoroughly analyzed the record with regard to Defendant's motions. The Order and Recommendation discusses the factual details of Defendant's statements and applies the applicable law to the statements. The Recommendation is adopted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions to Suppress Evidence, [Doc. No.'s 13 (oral motion), 52 and 68], are sustained as to the

statements made by Defendant on February 10, 2004, April 30, 2007 and September 3, 2009 and are denied in all other respects.

Dated this 23rd day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE