UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:09CR641  HEA |
|  | ) |  |
| RELDA STEWART, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Thursday, July 8, 2010, at 2:30 p.m. in the courtroom of the undersigned.

Dated this 30th day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE